‖‖‖‖‖ 7 3 2 9 3 4 2 7 0 0 5 0 0 7 ‖‖‖‖‖

17329 3427 005007

17329 3427 005007

RECORD: 40022    TITLE: 728226581 KE    11/27/2017

## PA Messenger Solutions
# Pennsylvania Department of Transportation Applicant Summary Statement

| | | | | |
|---|---|---|---|---|
| Transaction: PA Title,registration | Processor: John Yurconic - Hamilton Blvd/83-4862 | | Processed By: IA - Iram Ahmed | |
| Purchase Date: 11/25/17 | Process Date: 11/25/17 | | Temp Tag Date: 11/17 | |
| Prev Title No: 72822658 | Prev Dup Title Count: | | State of Origin: NY | |

| | | | |
|---|---|---|---|
| VIN: 5J6RE4H77BL007265 | Condition: G | Unladen Weight: | Chassis Mftr: |
| Yr/Make: 2011 HONDA | Body: SW | GVWR: | Body Make: |
| Odom Reading: 125120 | Fuel: GASOLINE/G | GCWR: | Seat Cap: |
| Odom Qual: ACTUAL MILEAGE/0 | Purch Prc: 1.00 | No of Axles: | |
| Brands: | | | |

**Owner Information**

| | | | |
|---|---|---|---|
| EDWARD THOMAS KENNEDY/S | [ ] Tenant in Survivorship? | Lessee Information OWNER/OWNER/OWNER/O | Insurance Information GEICO CHOICE INSURANCE |
| 401 TILLAGE RD | [X] Tenant in / | | COMPANY/14139 |
| BREINIGSVILLE PA | Common | | 4519027157 |
| 18031 | [ ] Retired | | |
| | [ ] ODTF | | 11/17/2017 - 5/17/2018 |
| Disabled Veteran: | [ ] VTF | | |

| Trade In #1 Information | Lien Holder #1 Information | Fees & Sales Tax Information | PennDOT Fees |
|---|---|---|---|
| VIN: | ABA: | Tax exempt Reason: | Sales/use Tax: 0.06 |
| YR: | | Tax Exempt No: | Motor Veh. Fees: 90.00 |
| Make: | | Taxable Sale Price: 1.00 | Local Fee: 0.00 |
| Condition: | | Sales tax credit: 0.00 | Other Fees: 0.00 |
| Allowance: | | Override Code: | Total: 90.06 |
| Trade In #2: | | Amount Waived: 0.00 | |
| Allowance: | Lien Holder #2:  [ ] ELT | | |

| | | |
|---|---|---|
| Assigned Tag Type: PASSENGER/01 | Class: 01 | Assigned Exp Sticker No: 1018 - |
| Assigned Tag No: KMW3280 | Reg. GVW: | Class Sticker No: - |
| Assigned Exp Date: 10/31/2018 | Reg. GCW: | Transferred Title No: |
| Signature of Person from whom Tag is Being Transferred: | | Transferred Tag No:        [ ] W/Renewal |
| | | Relation To Applicant:      [ ] W/Tag Repl |
| | | No of Dup Reg Dates: 0      [ ] W/Tag Exch |

I/we acknowledge that I/we may lose my/our operating privilege(s) or vehicle registration(s) for failure to maintain financial responsibility on the currently registered vehicle for the period of registration. I/we further acknowledge that I/we may be subject to a fine not exceeding $5,000 and imprisonment of not more than two (2) years for any false statement that I/we make on this form, and I/we certify that I/we have examined and signed this form after its completion; and that if an exemption from payment of sales tax is claimed, I am/we are authorized to claim this exemption. I/we further certify that all statements herein are true and correct and make application for certificate of title for the vehicle described above.

| Date Subscribed and Sworn to: | Signature of Applicant or Authorized Signer: |
|---|---|
| 11/25/2017 | |
| Signature of Notary Administering Oath: | Signature of Co-Owner/Title of Authorized Signer: |

| | |
|---|---|
| S E A L | [ ] VIN/GVWR Certification or Tracing is Required |
| | Place Signature of Person Verifying VIN/GVWR or the Tracing Here: I hereby certify that I have verified the VIN/GVWR of this vehicle and the VIN/GVWR listed above is correct. |
| | SIGN:                                    DIN: |

AppSumm

- - - - Detach Here - - - - - - - - - - - - - - - - 01 OF 01 - - - - - - - - - T - - - - - - - Detach Here - - - -

COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL

### EXPIRY: OCT 31, 2018    VALID: 11/25/2017

| | |
|---|---|
| PLATE: KMW3280 | |
| TITLE: 72822658104  KE | |
| VIN: 5J6RE4H77BL007265 | SIGNATURE |
| YR/MAKE: 2011 HONDA | |
| TYPE: SW        CLASS: 01 | I hereby acknowledge this day that I have received |
| WID: 17329 3427 005007 | notice of the provisions of Section 3709 of the Vehicle Code. |

EMISSIONS INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT    COUNTY:LEHIGH

077061
EDWARD THOMAS KENNEDY
401 TILLAGE RD
BREINIGSVILLE PA
18031

