IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 18-1317-RGA |
| AT&T, INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 10 day of September, 2018, the Court having considered the long form application to proceed without prepayment of fees, submitted on September 7, 2018 (D.I. #5), under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

*/s/ Richard G. Andrews*
UNITED STATES DISTRICT JUDGE