IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

                                  Case No. 18-CV-1317

AT&T INC., et al.,

    Defendants.

### Motion for Authorization to File Electronically

1. i, Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, wishes and motions this court for authorization to file electronically,

2. Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account.

Date: September 13, 2018

                                  Respectfully submitted,

                                                          (seal)

                                  EDWARD THOMAS KENNEDY
                                  401 Tillage Road
                                  Breinigsville, PA 18031
                                  Email: pillar.of.peace.2012@gmail.com
                                  Telephone: 415-275-1244.
                                  Fax: 570-609-1810.

