IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

    Case No. 18-CV-1317

AT&T INC., et al.,

    Defendants.

### Motion for Authorization to File Electronically

1. i, Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, wishes and motions this court for authorization to file electronically,

2. Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account.

Date: September 13, 2018

Respectfully submitted,

(seal)

EDWARD THOMAS KENNEDY
401 Tillage Road
Breinigsville, PA 18031
Email: pillar.of.peace.2012@gmail.com
Telephone: 415-275-1244.
Fax: 570-609-1810.

SO ORDERED this __9__ day of _Oct_, 2018

_____
United States District Judge