IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

AT&T, INC., et al.,

    Defendants.

Civ. No. 18-1317-RGA

## ORDER

At Wilmington this 27 day of November, 2018, for the reasons set forth in the memorandum opinion issued this date;

IT IS ORDERED that:

1. The Complaint is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), for failure to plead subject matter jurisdiction and for failure to state claims upon which relief may be granted.

2. Plaintiff is given leave to file an amended complaint on or before December 14, 2018. The Clerk of Court will be directed to close the case should Plaintiff fail to timely file an amended complaint.

                                              /s/ Richard G. Andrews
                                              UNITED STATES DISTRICT JUDGE