CERTIFICATE OF SERVICE

I hereby certify that on January, I filed the foregoing Amended Complaint and Exhibit 1 Law of the Case, and this Certificate of Service to the Clerk of this Court by ECF and Service of Process served both said documents for all the Defendants by US Certified Mail - Return Receipt Requested (green Card) Number 7018 1830 0002 2252 4962 on the following AT&T, Inc. officer party:

    David R. McAtee, General Counsel
    AT&T, Inc.
    208 S. Akard St.,
    Dallas, Texas, 75202

Dated this 4th day of January 2019.

                                                      */s/ Edward Thomas Kennedy*   (seal)
                                                        _____
                                                        EDWARD THOMAS. KENNEDY