IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,

        Plaintiff,

                                                NO. 18-01317 (RGA)

        v.

AT&T, Inc., et. al.,

        Defendants.

NOTICE
PLAINTIFF'S MOTION TO COMPEL SERVICE OF PROCESS

    1.     Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court to Notice of his Motion to Compel Service of Process to the defendants without delay and Notice the court has said it may close.[1] Notice also that ECF documents contains signed USM 285 forms,and are also attached.

Date: January 25, 2019.

                                                  /s/ *Edward Thomas Kennedy*   ---seal---
                                                  _____
                                                  Edward Thomas Kennedy
                                                  401 Tillage Road
                                                  Breinigsville, PA 18031
                                                  Email; kennedy2018@alummni.nd.edu

---

[1] Judiciary Has Funds to Operate Through Jan. 31 (2019}link here:
https://www.uscourts.gov/news/2019/01/22/judiciary-has-funds-operate-through-jan-31

CERTIFICATE OF SERVICE

I certify that on January 25, 2019 that I filed a copy of the above Notice of Motion to the United States District Court for Delaware via ECF.

/s/ Edward Thomas Kennedy   ---*seal*

_____
EDWARD THOMAS KENNEDY