IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,   :
               :
    Plaintiff,      :
               :
               :
v.           :   Civ. No. 18-1317-RGA
               :
AT&T, INC., et al.,     :
               :
    Defendants.   :

## ORDER

At Wilmington this $24$ day of May, 2019, for the reasons set forth in the memorandum opinion issued this date;

IT IS ORDERED that:

1. The Amended Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).  Amendment is futile.

2. Plaintiff's motion to compel service of process (D.I. 14) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** the case.

              _____
              UNITED STATES DISTRICT JUDGE